1

2

3

4

5

6

7

8              **UNITED STATES DISTRICT COURT**

9              **SOUTHERN DISTRICT OF CALIFORNIA**

10

11   RONALD WILSON,                              CASE NO. 06CV1046 WQH (NLS)

12                              Plaintiff,       ORDER GRANTING
                                                 DEFENDANT'S MOTION FOR
13          vs.                                  SUMMARY JUDGMENT AND
                                                 DENYING PLAINTIFF'S MOTION
14   PFS, LLC dba McDONALD'S #23315; PFS         FOR SUMMARY JUDGMENT
     MANAGEMENT CORPORATION;
15   McDONALD'S CORPORATION,

16                              Defendants.

17

18   HAYES, Judge:

19          Pending before the Court are cross-motions for summary judgment. (Docs. # 65, 66, 68).  The

20   Court finds this matter suitable for submission on the papers and without oral argument pursuant to

21   Civil Local Rule 7.1(d)(1).

22                              **PROCEDURAL BACKGROUND**

23          On May 11, 2006, Plaintiff Ronald Wilson filed the Complaint in this matter, asserting a

24   federal Americans with Disability Act (ADA) claim as well as California state law claims against

25   Defendants PFS, LLC, PFS Management Co. Inc., and McDonald's Corporation.   (Doc. # 1).

26   Specifically, Plaintiff asserted that he encountered physical and intangible barriers at Defendants'

27   McDonald's restaurant which denied Plaintiff the ability to use and enjoy the restaurant in violation

28   of federal and state law. (Doc. # 1)  On July 14, 2006, Defendants PFS, LLC and PFS Management

1  Co. Inc. moved to dismiss the Complaint for lack of subject matter jurisdiction and failure to state a

2  claim. (Doc. # 7). On November 2, 2006, this Court denied the motion. (Doc. # 25).

3        On January 28, 2007, Defendants PFS, LLC and PFS Management Co. Inc. moved to dismiss

4  Plaintiff's state law claims for lack of jurisdiction. (Doc. # 35). On February 20, 2007, Defendant

5  McDonald's Corporation joined the motion. (Doc. # 37). On May 31, 2007, the Court granted the

6  motion to dismiss and dismissed Plaintiff's state law claims without prejudice. (Doc. # 57).

7        On June 22, 2007, Defendant PFS, LLC and PFS Management Co. Inc. moved for summary

8  judgment on Plaintiff's remaining federal ADA claim. (Docs. # 65, 66). On July 13, 2007, Plaintiff

9  filed a cross-motion for summary judgment. (Doc. # 68). On July 16, 2007, Defendant McDonald's

10  Corp. joined the motion for summary judgment filed by Defendants PFS, LLC and PFS Management

11  Co. Inc. (Doc.# 70).

12        On August 6, 2007, Plaintiff conceded that there were no longer ADA violations at

13  Defendants' restaurant. (Doc. # 78).

14  **DISCUSSION & ORDER**

15        The only claim remaining in this case is Plaintiff's claim pursuant to the Americans with

16  Disabilities Act. Defendants PFS, LLC, PFS Management Co. Inc., and McDonald's Corp. move for

17  summary judgment on the grounds that (1) none of the ADA violations alleged in the Complaint

18  currently exist at Defendants' McDonald's restaurant, and (2) Plaintiff lacks standing to bring suit.

19  Def. Mot. for Summ. J. at 14 (Doc. # 66). Plaintiff moves for summary judgment on the grounds that

20  four ADA violations currently exist at Defendants' restaurant. Pl. Mot. for Summ. J. at 9-15 (Doc.

21  # 68).

22        On August 6, 2007, Plaintiff submitted a reply brief in support of his motion for summary

23  judgment which indicated that there were no remaining ADA violations at Defendants' restaurant.

24  (Doc. # 78). Specifically, Plaintiff's reply brief states that:

25      As the sole relief available to Wilson under his remaining federal ADA claim is
    injunctive relief, and as PFS has now (belatedly) corrected all the ADA violations on

26      the property, Wilson concedes that he no longer has Article III standing to pursue his
    ADA claim.

27    (Doc. # 78 at 4).

28  /

1  /

2         After reviewing the briefing in this case, the Court concludes, and both parties agree, that there

3  are no remaining ADA violations at Defendants' McDonald's restaurant.   Accordingly, IT IS

4  HEREBY ORDERED that:

5         (1) Defendants' motion for summary judgment (Docs. # 65, 66) is GRANTED on the grounds

6  that none of the violations alleged by Plaintiff in the Complaint currently exist at Defendants'

7  McDonald's restaurant.

8         (2) Plaintiff's motion for summary judgment (Doc. # 68) is DENIED as moot.

9         **IT IS SO ORDERED**.

10

11  DATED:  August 22, 2007

12                                  **WILLIAM Q. HAYES**

13                                United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28